

**SO ORDERED,**

**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE NORTHERN DISTRICT OF MISSISSIPPI

**IN THE MATTER OF:**                                    **CHAPTER 13 CASE NO.:**

**BRADLEY J. JACOBS, JR., and**
**BRITTANY DAWN JACOBS**                          **23-10003-JDW**

## ORDER SUSTAINING
## OBJECTION TO PROOF OF CLAIM (CLM. #4-1) (DKT. #13)

THIS MATTER came before the Court on Objection to the Proof of Claim (Clm #4-1) (Dkt. #13) (the "Objection") filed by Locke D. Barkley, Chapter 13 Trustee (the "Trustee"). The Trustee represented the Objection was properly noticed and the parties were given an opportunity for hearing. The Court finds that no response was timely filed and that the Objection is due to be sustained.

IT IS THEREFORE ORDERED that the Objection shall be and is hereby sustained.

IT IS FURTHER ORDERED that Proof of Claim (Clm. #4-1) filed by Flexshopper, LLC shall be and is hereby disallowed without prejudice to the filing of an amended proof of claim for the correct amounts.

##END OF ORDER##

SUBMITTED BY:

/s/ W. Jeffrey Collier
ATTORNEYS FOR TRUSTEE
W. Jeffrey Collier (MSB 10645)
Melanie T. Vardaman (MSB 100392)
6360 I-55 North, Suite 140
Jackson, MS 39211
(601) 355-6661
ssmith@barkley13.com